UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MCR INVESTORS LLC,

           *Plaintiff,*

v.

STEPHEN BATTA,

           *Defendant.*
-----------------------------------------------------------------x

Civil Action No. 19-cv-11678

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED and agreed by and between plaintiff MCR Investors LLC and defendant Stephen Batta, through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each side to bear its own fees and costs, including all attorneys' fees.

| AMINI LLC | VENABLE LLP |
|---|---|
| By: Bijan Amini<br>    Casey J. Hail<br>131 West 35th Street, 12th Floor<br>New York, NY 10001<br>(212) 490-700<br>bamini@aminillc.com<br>chail@aminillc.com<br>*Attorneys for Plaintiff MCR Investors LLC* | By: Michael J. Volpe<br>    Benjamin E. Stockman<br>    Sandy Schlesinger<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>(212) 307-5500<br>mjvolpe@venable.com<br>bestockman@venable.com<br>sschlesinger@venable.com<br>*Attorneys for Defendant Stephen Batta* |
| Dated: October 30, 2020<br>New York, NY | Dated: October 30, 2020<br>New York, NY |

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
United States District Judge